1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      CALEB BRONSON,                              No.  2:24-cv-01969-EFB (PC)

12                     Plaintiff,

13             v.                                   ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14      JEFF DIRKSE,

15                     Defendant.

16

17             Plaintiff is a county jail inmate proceeding pro se in this action brought pursuant to 42

18      U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19      U.S.C. § 636(b)(1).

20             On April 28, 2025, the court ordered plaintiff to pay the filing fee or file an application to

21      proceed in forma pauperis within 30 days.  ECF No. 3.  Plaintiff has not responded to the order.

22             Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

23      was properly served.  The court has not been notified of any change of address and it is

24      plaintiff's responsibility to keep the court apprised of a current address at all times.  Pursuant to

25      Local Rule 182(f), service of documents at the record address of the party is fully effective.

26             Accordingly, it is hereby ORDERED that the Clerk of Court randomly assign a district

27      judge to this action.  It is further RECOMMENDED that the case be dismissed without prejudice

28      for failure to pay the filing fee.

                                                    1

1        These findings and recommendations are submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3    after being served with these findings and recommendations, any party may file written

4    objections with the court and serve a copy on all parties.  Such a document should be captioned

5    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

6    objections shall be served and filed within fourteen days after service of the objections.  The

7    parties are advised that failure to file objections within the specified time may waive the right to

8    appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

9    *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10

11   Dated: September 18, 2025

    EDMUND F. BRENNAN
12       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28