UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALEB BRONSON,

    Plaintiff,

v.

JEFF DIRKSE,

    Defendant.

No. 2:24-cv-01969-DAD-EFB (PC)

<u>ORDER</u>

Plaintiff filed a motion for extension of time to file objections to the September 19, 2025 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No.9) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated: October 8, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1